1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorneys

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045

7 | Fax: (408) 535-5066
Email: jeff.nedrow@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,           )    No.: CR 09-00597-JF
                                        )
13 |         Plaintiff,                 )    STIPULATION AND ~~PROPOSED~~
                                        )    ORDER FOR CONTINUANCE OF
14 |    v.                              )    SENTENCING HEARING
                                        )
15 | YONG P. SHINN,                     )
                                        )
16 |                                    )
             Defendant.                 )
17 | _____ )

18   The United States, through its counsel Jeffrey Nedrow, and defendant Yong P. Shinn,

19 through his counsel Miles Ehrlich, hereby agree and stipulate to a continuance of the sentencing

20 hearing in this case scheduled for January 13, 2010 to April 7, 2010 at 9:00 a.m.

21   The parties agree that the following reasons exist for this continuance:

22   The government and the defense are continuing to provide information to the Probation

23 Office in connection with this matter.  Both parties believe this information will assist the

24 Probation Office in connection with the preparation of the Presentence Report.  Additional time

25 is needed for the Probation Officer to receive this information and prepare the Presentence

26 Report.  Accordingly, a continuance is necessary to provide the Court with a full picture of the

27 offense conduct at sentencing.  The Probation Officer has been informed of this requested

28 //

STIPULATION RE: CONTINUANCE
CR 09-00597-JF                                          1

1  continuance.

2                                    Respectfully submitted,

3

4  January 8, 2010                   _____/s/_____
                                     MILES EHRLICH
5                                    Counsel for Christine Shinn

6
   January 8, 2010                   _____/s/_____
7                                    JEFFREY D. NEDROW
                                     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CONTINUANCE
CR 09-00597-JF                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YONG P. SHINN,<br><br>　　　　Defendant. | No.: CR 09-00597-JF<br><br>ORDER CONTINUING<br>SENTENCING HEARING |

　　Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

　　IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from January 13, 2010 to April 7, 2010 at 9:00 a.m.

DATED:  1/14/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 09-00597-JF                                            3