Miles F. Ehrlich (CSB237954)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510)548-3600
Fax:        (510) 291-3060
Email:      miles@ramsey-ehrlich.com

*Attorney for Defendant Dr. Yong Shinn*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　PLAINTIFF,<br><br>vs.<br><br>YONG P. SHINN,<br><br>　　　　DEFENDANT. | Case No.: CR-09-00597-JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

The United States, through its counsel Jeffrey Nedrow, and defendant Yong P. Shinn, through his counsel, Miles Ehrlich, hereby agree and stipulate to a continuance of the sentencing hearing in this case now scheduled for July 22, 2010 to a new date of September 2, 2010 at 9:00 a.m.

The parties agree that the following reasons exist for this continuance:

| | |
|---|---|
| 1 | The defense and the government have been attempting to resolve a complex legal issue |
| 2 | concerning the proper calculation of loss in this case, in order to avoid the need for a |
| 3 | evidentiary hearing before sentencing in the case.  The Probation Office has now |
| 4 | |
| 5 | reviewed the extensive submissions provided by the parties and has provided the draft |
| 6 | Presentence Report.  The parties now require the full 35 days to prepare their responses |
| 7 | and objections to the draft PSR, and then tosubmit their respective sentencing |
| 8 | |
| 9 | memoranda. |

Accordingly, the parties agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 9:00 a.m. on September 2, 2010.  The Probation Officer has been informed of, and concurs, in this requested continuance.

Respectfully submitted,

Dated: July 16, 2010

          /s/
MILES EHRLICH
Counsel for Yong P. Shinn

Dated: July 16, 2010

          /s/
JEFFREY D. NEDROW
Assistant United States Attorney

\\

\\

\\

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT:

The currently scheduled July 22, 2010 sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 9:00 a.m. on September 2, 2010.

DATED: 7-21-10

HONORABLE JEREMY FOGEL